PROB 22
(Rev. 01/24)

DOCKET NUMBER *(Tran. Court)*

2:21CR00341-11

# TRANSFER OF JURISDICTION

DOCKET NUMBER *(Rec. Court)*

1:25-cr-00177-KES

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Brian Roque | South Carolina | Charleston |

NAME OF SENTENCING JUDGE

The Honorable David C. Norton, U.S. District Judge

| DATES OF PROBATION/ SUPERVISED RELEASE | FROM July 28, 2025 | TO July 27, 2029 |
|---|---|---|

OFFENSE

Conspiracy to Possess with Intent to Distribute Fentanyl and Methamphetamine, Title 21, U.S.C. §§ 841(a)(1), 841(b)(1)(A), and 846

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)

Residence established in California with no plans to return to South Carolina.

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE  DISTRICT OF  SOUTH CAROLINA

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Eastern District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

August 29, 2025
*Date*

*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE  EASTERN  DISTRICT OF  CALIFORNIA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

*Effective Date*

*United States District Judge*

1